JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 07-5509-DOC(RNBx) | Date | February 9, 2010 |
|---|---|---|---|
| Title | GILBERT GOOD v WACHOVIA CORPORATION, ET AL | | |

| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kristee Hopkins | None Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not Present                                                  Not Present

**Proceedings:**   [IN CHAMBERS]  **ORDER DISMISSING CASE**

On September 21, 2007, this case was ordered transferred to Judge Carter as a related case to SACV 05-1031-DOC(RNBx). On July 6, 2009, said case was ordered dismissed and a Judgment was ordered in the MDL case 07-1807-DOC(RNBx): In re Wachovia Securities on October 6, 2009. The Court orders this matter dismissed

                                                                                                    :      0

                                                        Initials of Preparer   kh